IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

LINDA HETMAN,  )
  )
                     Plaintiff,  )
  )
vs.  )
  )
HARTFORD LIFE AND ACCIDENT  )
INSURANCE COMPANY, et al.,  )
  )   No. 2:14-cv-1210-HRH
                    Defendants.  )
_____)

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation of Dismissal with Prejudice*,[1] filed December 1, 2014,

IT IS ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED at Anchorage, Alaska, this  2nd  day of December, 2014.

                                                      /s/ H. Russel Holland
                                                      United States District Judge

---

[1]Docket No. 20.